NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CIRBA INC., dba Densify, as the successor-in-interest to Cirba IP, Inc.,**
*Plaintiff-Appellant*

v.

**VMWARE, INC.,**
*Defendant-Appellee*

---

2023-1770

---

Appeal from the United States District Court for the District of Delaware in No. 1:19-cv-00742-GBW, Judge Gregory Brian Williams.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                          CIRBA INC. V. VMWARE, INC.


(2)  Each side shall bear their own costs.


                                              FOR THE COURT


July 24, 2024                                Jarrett B. Perlow
     Date                                     Clerk of Court


**ISSUED AS A MANDATE:** July 24, 2024